# Court of Appeals
# of the State of Georgia

ATLANTA, July 28, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0006. MIKE REDFORD v. TARMARSHE SMITH, WARDEN.**

Mike Redford has filed in this Court an application for discretionary appeal of the trial court's order granting the respondent's motion to quash subpoena in Redford's proceeding for habeas corpus relief. Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all habeas corpus cases. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This application is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/28/2020
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*